271 U.S. 656, 46 S.Ct. 630

**T. H. DEAL and United States Fidelity and Guaranty Company of Baltimore, Petitioners, v. The UNITED STATES of America.**

No. 1138.

Supreme Court of the United States.

May 24, 1926.

For opinion below, see 11 F.(2d) 3.

Mr. Louis S. Beedy, of San Francisco, Cal., for petitioners.

Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted.